IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MICHAEL HENRY ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>RAY J. DAYTON,<br><br>Defendant. | CV 22-47-H-SEH<br><br><br>ORDER |

Plaintiff Michael Henry Anderson filed this action on June 20, 2022, alleging violations of his civil rights.[1] On September 14, 2022, the Court dismissed the complaint for failure to state a claim and directed Philips to file an Amended Complaint within 21 days.[2]

The deadline to file an amended complaint expired on October 5, 2022. None was filed.

**ORDERED:**

1. The case is **DISMISSED** for failure to file an amended complaint as ordered by the Court.

2. The Clerk of Court is directed to close this matter and enter judgment.

---

[1] Doc. 2.
[2] Doc. 9 at 4.

3. The Court **CERTIFIES** that any appeal from such disposition would not be taken in good faith. This dismissal counts as a strike under 28 U.S.C. § 1915(g).[3]

DATED this 18th day of October, 2022.

*[signature]*
Sam E. Haddon
United States District Court Judge

---

[3] *Harris v. Mangum*, 863 F.3d 1133, 1142–43 (9th Cir. 2017).